No. 69. SAFEWAY STORES, INC., *v.* VANCE, TRUSTEE IN BANKRUPTCY, *ante*, p. 389. The motion for leave to withdraw the appearance of *Douglas Stripp* as counsel for the petitioner is granted.

No. 691. UNITED GAS PIPE LINE CO. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.;

No. 694. FEDERAL POWER COMMISSION *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.; and

No. 695. TEXAS GAS TRANSMISSION CORP. ET AL. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL. Certiorari, 355 U. S. 938, to the United States Court of Appeals for the District of Columbia Circuit. The motion to advance is denied. *Solicitor General Rankin* for the Federal Power Commission.

No. 764, October Term, 1954. HUPMAN *v.* UNITED STATES. The motion to vacate orders denying petition for writ of certiorari, 349 U. S. 953, and petition for rehearing, 350 U. S. 855, is denied. *Frank J. Donner, Arthur Kinoy* and *Marshall Perlin* for movant-petitioner. *Solicitor General Rankin* filed a memorandum for the United States in opposition.

No. 444, October Term, 1956. TATKO BROTHERS SLATE CO., INC., *v.* VERMONT STRUCTURAL SLATE CO., INC. The motion to recall order denying certiorari, 352 U. S. 917, and to enter order granting certiorari and summarily vacating the judgment of the United States Court of Appeals for the Second Circuit and remanding to that court for reconsideration is denied. *W. Brown Morton, Jr., Maxwell E. Sparrow* and *J. Preston Swecker* for movant-petitioner. *John C. Blair* and *Richard P. Schulze* for respondent in opposition.